**No. 10-6867. Ronald Haddad, Jr., Petitioner v. River Forest Police Department, et al.**

562 U.S. 1112, 131 S. Ct. 825, 178 L. Ed. 2d 563, 2010 U.S. LEXIS 9672, ▮▮▮▮

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 384 Fed. Appx. 513.

**No. 10-6869. Harold Ray Manning, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1112, 131 S. Ct. 825, 178 L. Ed. 2d 563, 2010 U.S. LEXIS 9681.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-6874. Tom Franklin, Petitioner v. U.S. Bank National Association.**

562 U.S. 1112, 131 S. Ct. 825, 178 L. Ed. 2d 563, 2010 U.S. LEXIS 9717.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-6880. Judith Glory Riton, aka Judith Glory Riten, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1112, 131 S. Ct. 825, 178 L. Ed. 2d 563, 2010 U.S. LEXIS 9632.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-6881. Jeremy Ray, Petitioner v. Fred Burnette, Warden.**

562 U.S. 1112, 131 S. Ct. 826, 178 L. Ed. 2d 563, 2010 U.S. LEXIS 9787.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-6888. Surf Moore, Petitioner v. New Jersey.**

562 U.S. 1112, 131 S. Ct. 826, 178 L. Ed. 2d 563, 2010 U.S. LEXIS 9661.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 385 Fed. Appx. 65.

**No. 10-6889. Lionel Newman, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1112, 131 S. Ct. 826, 178 L. Ed. 2d 563, 2010 U.S. LEXIS 9700.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-6890. Dwayne Smith, Petitioner v. Brenda Cash, Acting Warden.**

562 U.S. 1112, 131 S. Ct. 826, 178 L. Ed. 2d 563, 2010 U.S. LEXIS 9806.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 388 Fed. Appx. 673.